579 A.2d 813

IN THE MATTER OF PETER CAMMELIERI, AN
ATTORNEY AT LAW.

September 13, 1990.

## ORDER

The Disciplinary Review Board having recommended that the restrictions on respondent's practice imposed by this Court's order of June 19, 1984 be lifted; and good cause appearing,

It is ORDERED that the restrictions on respondent's practice of law imposed by this Court's order of June 19, 1984 are vacated.